Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980
Fax: (806) 748-1956

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re: MIKE DALE CURTIS          §          Case No. 09-70022
     STACIE RENE CURTIS          §
                            §
        Debtors          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Walter O'Cheskey, chapter 13 trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 01/29/2009.

2)  The plan was confirmed on 03/20/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
06/24/2009, 10/28/2009.

4)  The trustee filed action to remedy default by the debtor in performance under the plan
on 04/22/2009.

5)  The case was completed on 01/27/2014.

6)  Number of months from filing or conversion to last payment: 59.

7)  Number of months case was pending: 62.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $39,572.09.

10) Amount of unsecured claims discharged without full payment: $173,147.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 110,939.12 | |
| Less amount refunded to debtor | $ 875.12 | |
| **NET RECEIPTS** | | $ 110,064.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,519.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 9,508.46 |
| Other | $ 176.64 |

| **TOTAL EXPENSES OF ADMINISTRATION** | $ 13,204.10 |
|---|---|

| Attorney fees paid and disclosed by debtor: | $ 381.00 |
|---|---|

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MONTE J WHITE | Lgl | 0.00 | 3,500.00 | 3,500.00 | 3,119.00 | 0.00 |
| MONTE J WHITE | Lgl | 0.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 2,556.00 | 2,556.00 | 2,556.00 | 0.00 |
| US ATTORNEY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY GENERAL | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF THE CH13 TRUSTEE | Adm | 0.00 | 176.64 | 176.64 | 176.64 | 0.00 |
| UNITED STATES ATTORNEY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| ARCHER COUNTY | Sec | 2,559.31 | 4,320.46 | 4,320.46 | 4,320.46 | 1,674.81 |
| FORD MOTOR CREDIT COMPANY | Sec | 34,257.49 | 33,903.71 | 33,903.71 | 33,903.71 | 7,299.09 |
| FORD MOTOR CREDIT COMPANY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Sec | 32,397.27 | 31,449.18 | 31,449.18 | 31,449.18 | 7,770.59 |
| CHRYSLER FINANCIAL SERVICES | Sec | 23,808.00 | 23,369.35 | 23,369.35 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Con | 106,997.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 21,741.00 | 21,741.07 | 21,741.07 | 844.18 | 0.00 |
| BECKET & LEE LLP | Uns | 17,916.43 | 18,396.38 | 18,396.38 | 714.31 | 0.00 |
| BECKET & LEE LLP | Uns | 3,895.00 | 4,011.25 | 4,011.25 | 155.75 | 0.00 |
| BECKET & LEE LLP | Uns | 2,212.00 | 2,250.15 | 2,250.15 | 87.37 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING LLC | Uns | 239.00 | 273.90 | 273.90 | 10.64 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 613.00 | 773.30 | 773.30 | 30.03 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 594.00 | 527.48 | 527.48 | 20.48 | 0.00 |
| AMERICAN INFORSOURCE LP | Uns | 7,020.00 | 7,042.57 | 7,042.57 | 273.46 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 6,078.00 | 6,078.97 | 6,078.97 | 236.04 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 4,454.00 | 4,454.89 | 4,454.89 | 172.98 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,951.00 | 3,951.84 | 3,951.84 | 153.45 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,692.00 | 2,803.58 | 2,803.58 | 108.86 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,426.00 | 2,445.12 | 2,445.12 | 94.94 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,810.00 | 1,810.84 | 1,810.84 | 70.31 | 0.00 |
| ECAST SETTLEMENT | Uns | 478.00 | 478.40 | 478.40 | 18.58 | 0.00 |
| CHASE | Uns | 5,369.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 2,298.00 | 2,298.19 | 2,298.19 | 89.24 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,451.00 | 1,764.15 | 1,764.15 | 68.50 | 0.00 |
| CHASE BANK USA NA | Uns | 1,725.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,355.00 | 1,430.30 | 1,430.30 | 55.54 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 4,547.00 | 4,698.53 | 4,698.53 | 182.44 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 7,279.00 | 7,279.85 | 7,279.85 | 282.67 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 1,299.00 | 1,361.66 | 1,361.66 | 52.87 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 3,438.00 | 3,438.99 | 3,438.99 | 133.53 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 1,858.00 | 1,937.61 | 1,937.61 | 75.24 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 558.00 | 558.13 | 558.13 | 21.67 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 1,916.00 | 1,987.08 | 1,987.08 | 77.16 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 438.00 | 438.70 | 438.70 | 17.03 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 417.00 | 470.25 | 470.25 | 18.26 | 0.00 |
| HSBC | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,592.00 | 2,701.61 | 2,701.61 | 104.90 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 479.00 | 526.09 | 526.09 | 20.43 | 0.00 |
| JC PENNEY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 772.00 | 772.54 | 772.54 | 30.00 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 2,060.00 | 2,138.20 | 2,138.20 | 83.02 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 782.00 | 839.66 | 839.66 | 32.60 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 1,221.00 | 1,306.38 | 1,306.38 | 50.73 | 0.00 |
| SEARS | Uns | 733.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 514.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SEARS | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 198.00 | 242.85 | 242.85 | 9.43 | 0.00 |
| TD BANK USA NA | Uns | 320.00 | 365.20 | 365.20 | 14.18 | 0.00 |
| VICTORIAS SECRET | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO SERVICING CENTER | Uns | 15,300.00 | 15,837.62 | 15,837.62 | 614.96 | 0.00 |
| WELLS FARGO BANK NA | Uns | 25,000.00 | 27,101.95 | 27,101.95 | 1,052.34 | 0.00 |
| WELLS FARGO CARD SERVICES | Uns | 6,077.00 | 6,316.37 | 6,316.37 | 245.26 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 426.00 | 472.17 | 472.17 | 18.33 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 156.00 | 174.01 | 174.01 | 6.76 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 713.00 | 783.63 | 783.63 | 30.43 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 430.00 | 467.46 | 467.46 | 18.15 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 306.00 | 340.69 | 340.69 | 13.23 | 0.00 |
| AMERICAN EXPRESS | Uns | 5,900.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BUSINESS LINE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| ARCHER CITY/COUNTY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN G WILCOX | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 0.00 | 450.07 | 450.07 | 17.48 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 272.19 | 272.19 | 10.57 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN G WILCOX | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF LAKESIDE CITY | Sec | 0.00 | 25.59 | 25.59 | 25.59 | 2.60 |
| CITY OF LAKESIDE CITY | Sec | 0.00 | 621.94 | 621.94 | 621.94 | 241.40 |
| BECKET & LEE LLP | Uns | 0.00 | 55.50 | 55.50 | 2.16 | 0.00 |
| KOHLS | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| LOWES/MBGA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 0.00 | 1,423.19 | 1,423.19 | 55.26 | 0.00 |
| WELLS FARGO | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOC/CIT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 459.83 | 459.83 | 17.85 | 0.00 |
| CITGO OIL | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 493.19 | 493.19 | 19.15 | 0.00 |
| WFNNB | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 105.40 | 105.40 | 4.09 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 4,772.03 | 4,772.03 | 185.29 | 0.00 |
| WFNNB | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 7,020.62 | 7,020.62 | 272.40 | 0.00 |
| ECAST SETTLEMENT | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF LAKESIDE CITY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| DAIMLER CHRYSLER SERVICES | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| GNB BEALLS | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| B-LINE LLC | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Adm | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM T NEARY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 88,722.24 | $ 65,352.89 | $ 15,069.68 |
| All Other Secured | $ 4,967.99 | $ 4,967.99 | $ 1,918.81 |
| **TOTAL SECURED:** | $ 93,690.23 | $ 70,320.88 | $ 16,988.49 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,556.00 | $ 2,556.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,556.00 | $ 2,556.00 | $ 0.00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | $ 180,141.63 | $ 6,994.53 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 13,204.10 |
| Disbursements to Creditors | $ 96,859.90 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 110,064.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>04/15/2014</u>                    By:  <u>/s/ Walter O'Cheskey</u>
                                                     Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**