Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79423
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

MIKE DALE CURTIS  
STACIE RENE CURTIS  
DEBTOR(S)

CASE NO. 09-70022-HDH-13

## NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Walter O'Cheskey, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY CT, 1100 COMMERCE 1254, DALLAS, TEXAS, 75242, and is available for review. A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $110,939.12 |
| Administrative Disbursements | $9,685.10 |
| Attorney Fee Disbursements | $3,519.00 |
| Debtor Refund Disbursements | $875.12 |
| Priority Disbursements | $2,556.00 |
| Secured Disbursements | $87,309.37 |
| Unsecured Disbursements | $6,994.53 |
| Total Disbursements by Trustee | $110,939.12 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case be terminated.

Dated:    4/15/2014

/s/  Walter O'Cheskey

Standing Bankruptcy Trustee
By:       Lanita Jester

```
                              United States Bankruptcy Court
                               Northern District of Texas
In re:                                                                                    Case No. 09-70022-hdh
Mike Dale Curtis                                                                          Chapter 13
Stacie Rene Curtis
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0539-7          User: cecker                 Page 1 of 3                    Date Rcvd: Apr 16, 2014
                              Form ID: pdf013              Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
db/jdb       +Mike Dale Curtis,    Stacie Rene Curtis,    113 Royal Rd,    Wichita Falls, TX 76308-5827
cr           +PRA Receivables Management LLC,     PO Box 41067,    Norfolk, VA 23541-1067
cr           +Roundup Funding, LLC CO Resurgent Capital Services,      PO BOX 10587,    GREENVILLE, SC 29603-0587
12045874     +American Express,    CO Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
12045875     +American Express,    CO Zwicker & Associates, PC,     321 N Main Street,    Taylor, TX 76574-3642
12176031      American Express Bank FSB,     CO Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12113193      American Express Centurion Bank,     CO Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
12045877     +Archer County,    Tax A-C: Mrs. Teresa Martin,    P.O. Box 700,    Archer City, Texas 76351-0700
12045879    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     NC4-105-03-14,    4161 Piedmont Pkwy,
                Greensboro, NC 27420)
12045880     +Bank of America- Fleet Bankcard,     PO Box 26012,    Greensboro, NC 27420-6012
12101306     +Bassel & Wilcox,    P.O. Box 11509,    Fort Worth, TX 76110-0509
12077564     +Bassel & Wilcox,    P.O. Box 11509,    Fort Worth, Texas 76110-0509
12045881    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     Attn: CO TSYS Debt Management,     PO Box 5155,
                Norcross, GA 30091)
12045885    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,     Po Box 201147,    Arlington, TX 76006)
12045878    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Associates-citibank,     Attn: Centralized Bankruptcy,     PO Box 20507,
                Kansas City, MO 64195)
12146315      CITY OF LAKESIDE CITY,    CO PERDUE BRANDON FIELDER COLLINS & MOT,     PO BOX 8188,
               WICHITA FALLS TX 76307-8188
12045883     +Chase - Cc,    Attention: Bankruptcy Department,     PO Box 15298,    Wilmington, DE 19850-5298
12045882     +Chase - Cc,    Attention: Banktruptcy Department,     PO Box 15298,    Wilmintgon, DE 19850-5298
12304201     #Chase Bank USA, N.A.,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12163649     +Chase Bank USA,N.A,    P O Box 740933,    Dallas,Tx 75374-0933
12045884     +Chase Na,    PO Box 100018,    Kennesaw, GA 30156-9204
12088926      DEPARTMENT STORES NATIONAL BANK-MACYS,     TSYS DEBT MGMT., INC.,    PO BOX 137,
               COLUMBUS, GA  31902-0137
12045889     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12101307    ++FORD MOTOR CREDIT COMPANY,     PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,      P.O. Box 537901,
                Livonia, MI 48153-7901)
12045890      Ford Motor Credit,    PO Box 640001 DF,    Dallas, TX 75364-0001
12045891     +GE Money Bank-Sutherlands,    4246 South Riverbo,     Salt Lake City, UT 84123-2561
12045896      GNB-Bealls,    PO Box 64,    Jacksonville, TX 75766-0064
12045897     +HSBC Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12306768     +HSBC Bank Nevada, N.A.,    eCAST Settlement Corporation,     CO Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,     Tucson, AZ 85712-1083
12094716     +Jefferson Capital Systems LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
12045903     +Monte J. White & Associates,     1106 Brook Ave,    Wichita Falls TX 76301-5009
12045904      Nissan Motor Acceptance Corp,     PO Box 660366,    Dallas, TX 75266-0366
12394134    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,      PO Box 41067,
                Norfolk VA 23541)
12233655     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    CO Citg Consumer,
               POB 41067,    NORFOLK VA 23541-1067
12230840     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    CO Citibank,
               POB 41067,    NORFOLK VA 23541-1067
12234008     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    CO Exxonmobil,
               POB 41067,    NORFOLK VA 23541-1067
12218939     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    CO The Home Depot,
               POB 41067,    NORFOLK VA 23541-1067
12331013     +PRA Receivables Management, LLC as agent for,     FIA Card Services, aka Bank of America,
               PO Box 12907,    Norfolk VA 23541-0907
12045906     +Sears-cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
12045907     +Sears-cbsd,    Sears bankruptcy Recovery,    7920 NW 110th St,    KS, MO 64153-1270
15376183     +TD Bank USA, N.A.,    CO Weinstein & Riley, P.S.,     2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
12045908     +Target,    PO Box 9475,    Minneapolis, MN 55440-9475
12045909     +Victorias Secret,    PO Box 182273,    Columbus, OH 43218-2273
12045914     +WFNNB - New York & Company,    PO Box 182273,    Columbus, OH 43218-2273
12045915     +WFNNB-Buckle,    Po Box 182273,    Columbus, OH 43218-2273
12045916     +WFNNB-Chadwicks Of Boston,    Po Box 182746,    Columbus, OH 43218-2746
12045917     +WFNNB-Dunlaps,    995 W 122nd Ave,    Westminster, CO 80234-3417
12045918     +WFNNB-J Crew,    Po Box 182273,    Columbus, OH 43218-2273
12045910     +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,     7255 Bay Meadows Way,
               Jacksonville, FL 32256-6851
12045911     +Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
12177540      Wells Fargo Bank NA,    PO Box 10438,    Des Moines, IA 50306-0438
12076643     +Wells Fargo Bank, N.A,    MAC S4101-08C,    100 W. Washington St.,    Phoenix AZ 85003-1814
```

```
District/off: 0539-7          User: cecker                Page 2 of 3                  Date Rcvd: Apr 16, 2014
                              Form ID: pdf013             Total Noticed: 83

12071224      +Wells Fargo Bank, N.A.,   CO Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
                Des Moines, IA 50306-9210
12045912       Wells Fargo Business Line,    Payment Remittance Center,    P.O. Box 54349,
                Los Angeles, CA 90054-0349
12045913      +Wells Fargo Card Ser,    PO Box 5058,   Portland, OR 97208-5058
12045919      +Zwicker & Associates, PC-American Expres,    321 N Main Street,    Taylor, TX 76574-3642
12280473       eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,   Newark NJ 07193-5480
12310447       eCAST Settlement Corporation assignee of Chase,    Bank USA NA,    POB 35480,
                Newark NJ 07193-5480
12384731      +eCast Settlement Corporation,    CO Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite No. 200,    Tucson, AZ 85712-1097
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:46:00      CR Evergreen, L.L.C.,
                PO Box 91121,    MS 550,   Seattle, WA  98111-9221
cr            +E-mail/Text: bncmail@w-legal.com Apr 16 2014 22:44:42      TD Bank USA, N.A.,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, wa 98121-3132
12078251       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2014 22:53:34
                AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA-BANK OF AMERICA,    PO Box 248809,
                Oklahoma City, OK  73124-8809
12045876      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      American-Eagle-MCCBG-GEMB,
                Attention: Bankruptcy,    PO Box 103106,   Roswell, GA 30076-9106
12076812      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 16 2014 22:44:39      Archer County,
                Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan Street, No. 1600,
                Dallas, Texas 75201-2637,    CO Sherrel K. Knighton
14102899       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:46:00      B-Line, LLC,
                Attn: Steven Kane,    P.O. Box 91121,   Dept. 550,    Seattle, WA 98111-9221
12895423       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:48:04      CR Evergreen, LLC,
                MS 550,    PO Box 91121,   Seattle, WA 98111-9221
15380818       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:47:09      Chase Bank USA NA,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
12129811       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2014 22:54:20
                Discover Bank-DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12045888      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2014 22:54:20      Discover Financial,
                Attention: Bankruptcy Department,    PO Box 3025,   New Albany, OH 43054-3025
14483437      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:46:00      East Bay Funding, LLC,
                CO Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
12313842       E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      GE Consumer Finance,
                For GE Money Bank,    dba SUTHERLANDS-GEMB,    PO Box 960061,   Orlando FL 32896-0661
12045892      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      GEMB - Dillards,
                Attention:  Bankruptcy,    PO Box 103106,   Roswell, GA 30076-9106
12045893      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      GEMB - Old Navy,
                Attention:  Bankruptcy,    PO Box 103106,   Roswell, GA 30076-9106
12045894      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      GEMB - Walmart,
                Attention:  Bankruptcy,    PO Box 103106,   Roswell, GA 30076-9106
12045895      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:14      GEMB-Chevron,
                Attention: Bankruptcy,    PO Box 103106,   Roswell, GA 30076-9106
12306768      +E-mail/Text: bnc@bass-associates.com Apr 16 2014 22:43:49      HSBC Bank Nevada, N.A.,
                eCAST Settlement Corporation,    CO Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
12045899       E-mail/Text: cio.bncmail@irs.gov Apr 16 2014 22:44:04      IRS Special Procedures,
                1100 Commerce St., Room 951,    Mail Stop 5029 DAL,    Dallas, TX 75246
12045900      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:13      JC Penney,
                Attention: Bankruptcy Department,    PO Box 103106,   Roswell, GA 30076-9106
12045901      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 16 2014 22:44:01      Kohls,    Attn:  Recovery,
                PO Box 3120,    Milwaukee, WI 53201-3120
12256623       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:46:00      LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12045902      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:14      Lowes - MBGA,
                Attention: Bankruptcy Department,    PO Box 103106,   Roswell, GA 30076-9106
12173888       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2014 22:48:04      Roundup Funding, LLC,
                MS 550,    PO Box 91121,   Seattle, WA 98111-9221
12045905      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 22:48:14      Sams Club,
                Attention: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
12226593      +E-mail/Text: bncmail@w-legal.com Apr 16 2014 22:44:42      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
               CR Evergreen, L.L.C.
cr*            B-Line, LLC,   Attn: Steven Kane,    P.O. Box 91121,    Dept. 550,    SEATTLE, WA  98111-9221
cr*            Chase Bank USA NA,    c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
cr*           +East Bay Funding, LLC,    CO Resurgent Capital Services,    PO Box 288,    GREENVILLE, SC 29602-0288
12077566*     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Financial Services Americas L.L.C. f-k-a,     P.O. Box 860,
                Roanoke, Texas 76262)
12045886*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citgo Oil - Citibank,    Attn: Centralized Bankruptcy,    PO Box 20507,
                Kansas City, MO 64195)
```

```
District/off: 0539-7           User: cecker                Page 3 of 3                  Date Rcvd: Apr 16, 2014
                               Form ID: pdf013             Total Noticed: 83

              ***** BYPASSED RECIPIENTS (continued) *****
12045887*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Usa-Home Depot,   Attn.: Centralized  Bankruptcy,
                 PO Box 20507,   Kansas City, MO 64195)
12088927*      DEPARTMENT STORES NATIONAL BANK-MACYS,   TSYS DEBT MGMT., INC.,   PO BOX 137,
                 COLUMBUS, GA   31902-0137
14494933*     +East Bay Funding, LLC,   CO Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
12045898    ##+Hsbc Best Buy,   Attn: Bankruptcy,   PO Box 6985,   Bridge Water, NJ 08807-0985
                                                                                            TOTALS: 1, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2014 at the address(es) listed below:
              Cody Joseph Moorse    on behalf of Creditor    TD Bank USA, N.A. ADVNotices@w-legal.com
              Lisa L. Cockrell    on behalf of Creditor    JPMorgan Chase Bank, National Association
               lisa.cockrell@tx.cslegal.com,   bkdept@tx.cslegal.com
              Monte J. White    on behalf of Joint Debtor Stacie Rene Curtis ecfnotices@montejwhite.com,
               michelle@blackandwhitelaw.com
              Monte J. White    on behalf of Debtor Mike Dale Curtis ecfnotices@montejwhite.com,
               michelle@blackandwhitelaw.com
              Patti H. Bass    on behalf of Creditor    eCAST Settlement Corporation ecf@bass-associates.com
              Sherrel K. Knighton    on behalf of Creditor    Archer County Sherrel.Knighton@publicans.com,
               marcus.coleman@lgbs.com;Candice.Stone@lgbs.com
              Stephen Wilcox    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C.
               kraudry@wilcoxlaw.net,   swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net
              Stephen Wilcox    on behalf of Creditor    Ford Motor Credit Company LLC kraudry@wilcoxlaw.net,
               swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,   ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                               TOTAL: 10
```